[No. 33260-8-III.   Division Three.   November 15, 2016.]

*In the Matter of the Adoption of* C.W.S. ET AL.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-5-00491-2, John O. Cooney, J., entered March 6, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Pennell, J.; Korsmo, J., concurring separately and joined by Fearing, C.J., and Pennell, J.

[No. 33948-3-III.   Division Three.   November 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL JAMES JERRED, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 15-1-00267-7, Scott R. Sparks, J., entered December 4, 2015. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33975-1-III.   Division Three.   November 15, 2016.]

LUCIA SUAREZ, *Respondent*, v. LAURO OLMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 15-2-00794-1, Ted W. Small, J., entered November 10, 2015. *Dismissed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33265-9-III.   Division Three.   November 17, 2016.]

*In the Matter of the Marriage of* GARY WEIDINGER, *Respondent*, and KAREN IRONS-WEIDINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 13-3-00162-9, John W. Lohrmann, J., entered March 4, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.